NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

ASPEX EYEWEAR, INC. AND CONTOUR OPTIK,
INC.,
*Plaintiffs-Appellants,*

v.

ALTAIR EYEWEAR, INC.,
*Defendant-Appellee.*

2012-1102

Appeal from the United States District Court for the
District of Massachusetts in case no. 10-CV-12202, Judge
William G. Young.

## ON MOTION

## ORDER

Aspex Eyewear, Inc. and Contour Optik, Inc.
("Aspex") move to strike portions of the joint appendix and
Altair Eyewear, Inc.'s ("Altair") response brief. Altair
responds. Aspex replies.

Upon consideration thereof,

IT IS ORDERED THAT:

Aspex's motion is deferred for consideration by the merits panel assigned to decide this case. Copies of this order, the motion, the response, and the reply shall be transmitted to the merits panel.

FOR THE COURT

JUL 2 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael A. Nicodema, Esq.
     Tracy Zurzolo Quinn, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 6 2012

JAN HORBALY
CLERK